UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEONARD BRUNO, ET AL., <br> Plaintiffs, <br> v. <br> C. RICHARD POTTS, et al., <br> Defendants. | Case No. 4:17-cv-07225-KAW <br><br> ORDER TO SHOW CAUSE |

This action was filed on December 20, 2017. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiffs have 90 days to complete service of the complaint and summons on Defendants, such that March 20, 2018 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. The Case Management Conference (CMC), scheduled for March 20, 2018, was continued to May 29, 2018, because Defendants had not been served 7 days prior to the original CMC date. (Dkt. No. 7.)

IT IS HEREBY ORDERED that by no later than **April 20, 2018**, Plaintiffs shall show cause why this matter should not be dismissed without prejudice for failure to comply with the deadline to complete service on Defendants or to file a Motion for Administrative Relief.

IT IS SO ORDERED.

Dated: March 30, 2018

KANDIS A. WESTMORE
United States Magistrate Judge